UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 04-30046-MAP |
| | ) |
| LAWRENCE LYNCH | ) |

MEMORANDUM RE: DEFENDANT'S MOTION
FOR JUDICIAL DETERMINATION
(Dkt. No. 384)

April 2, 2007

PONSOR, D.J.

Defendant has filed a motion seeking permission to work as a Loan Originator for the Affordable Mortgage Network, Inc., during his period of probation. Given the nature of Defendant's conviction, the Probation Department has expressed some concerns about this request.

Defendant's motion was filed on March 7, 2007, and Probation submitted a memorandum to the court regarding the request on March 27, 2007. This memo is attached as Exhibit A.

Before deciding on Defendant's motion, the court would benefit from a response by Defendant to the concerns expressed in the memorandum. Defendant may respond on or before April

20, 2007. After that, the court will rule on the motion.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge